## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JANE DOE, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:   25-760 (RC) |
| | : | |
| v. | : | Re Document No.:   5 |
| | : | |
| DOUGLAS A. COLLINS, | : | |
| Secretary of Veterans Affairs, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**DENYING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

For the reasons stated on the record, Plaintiffs' motion for a temporary restraining order (ECF No. 5) is **DENIED**.

**SO ORDERED**.

Dated: May 2, 2025                                                                                       RUDOLPH CONTRERAS
                                                                                                                       United States District Judge