UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DOES et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DOUGLAS COLLINS, Secretary of the Department of Veterans Affairs,<br><br>　　　　Defendant. | Civil Action No. 25-0760 (RC) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brenda González Horowitz on behalf of Defendant and substitute the appearance of Jared Littman.

Dated: June 27, 2025
　　　　Washington, DC

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　By: */s/ Brenda González Horowitz*
　　　　　　　　　　　　　　　　　　　　　BRENDA GONZÁLEZ HOROWITZ
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　(202) 252-2512

　　　　　　　　　　　　　　　　　　　*Attorney for the United States of America*