UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>DOUGLAS COLLINS, Secretary of the Department of Veterans Affairs,<br><br>  Defendant. | Civil Action No. 25-0760 (RC) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs , by and through undersigned counsel, hereby give notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that they voluntarily dismiss the above-captioned action without prejudice.

Date: July 17, 2025

Respectfully submitted,

*/s/ David A. Branch*
David A. Branch
D.C. Bar No. 438764
David A. Branch & Associates, PLLC
1120 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
(202) 785-2805 phone
Email: davidbranch@dbranchlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify on this 17th day of July 2025, that a copy of the foregoing was served electronically on all counsel of record.

JEANINE FERRIS PIRRO
United States Attorney

BRENDA GONZÁLEZ HOROWITZ
D.C. Bar #10172
Assistant United States Attorney 601
D Street, N.W.
Washington, DC 20530
(202) 252
Brenda.gonzalez.horowitz@usdoj.gov

*Attorneys for the United States of America*

/s/ David A. Branch
David A. Branch

2